

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,440-09

### EX PARTE LOUIS FRED GONZALES, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. B20764-1806 IN THE 242ND DISTRICT COURT
## FROM HALE COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of theft and sentenced to 4 years' imprisonment. The Seventh Court of Appeals dismissed his appeal for want of jurisdiction. *Gonzales v. State,* No. 07-10-00358-CR (Tex. App.— Amarillo, Nov. 6, 2019). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary, or that the plea agreement was breached, because the plea agreement was conditioned on his Lubbock County theft charge being dismissed, but the charge was not dismissed. Applicant has alleged facts that, if true, might entitle him to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985); *cf. Wilkins v. State,* 574 S.W.2d 106, 108

(Tex. Crim. App. 1978). Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order trial counsel to respond to Applicant's claim. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to whether the plea agreement was conditioned on the dismissal of a Lubbock County theft charge, and if so, whether the charge was dismissed as provided in the agreement. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claim.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: October 28, 2020
Do not publish